# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

STANLEY GILL (#593996)                          CIVIL ACTION

VERSUS

D.C.I.                                          NO.:14-00125-BAJ-SCR

## RULING AND ORDER

On April 11, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Stanley Gill's complaint be dismissed for failure to state a claim, predicated on Plaintiff's failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a).(Doc. 8.) Plaintiff asserts that he is being subjected to unconstitutional conditions of confinement concerning the disposal of toilet items and the manner in which he is being permitted to shower.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 8, at 1.) A review of the record indicates that Plaintiff had not file an objection to the Magistrate Judge's Report and Recommendation by the applicable filing deadline.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and

hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED**, without prejudice, for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a),

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED**, **with prejudice**, to Plaintiff's refiling the complaint in forma pauperis.

Baton Rouge, Louisiana, this 2nd day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**